UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff(s),                      Case No. 19-20533

v.                                           Judge Victoria A. Roberts

Michael Hinds                         Magistrate Judge Mona K. Majzoub

          Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __60__, filed __12/23/19__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [x] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Linda Vertriest__ at __(313) 234-5230__.

DAVID J. WEAVER, CLERK OF COURT

Dated: December 23, 2019                 s/ Linda Vertriest
                                                        Deputy Clerk