4-6-20

United States      Case NO 18-20533
     v      Hon. Victoria A. Roberts
Michael Hinds

## Motion for Release on Bond

Now comes Michael Hinds Pro sa and hereby moves this Honorable Court Pursuant to 18 U.S.C 3145(b) to revoke the prior order of Detention issued in this matter and request that the Court order him released on bond pending the resolution of this matter Pursuant to US.C 3142(C) In Support of this motion Hinds states the following:

Hinds is a non-violent inmate at FDC Milan, FCI Milan has an outbreak of the Corona Virus. Hinds is a higher risk inmate do to outlined medical issues, Hyper tension, asthma and pre-diabetes. Hinds poses no danger to any person or the Community, nor is Hinds a flight risk.

Pursuant to 18 U.S.C 3142(C) Hinds is requesting for the Court to allow a third party release to his mother house, for home Confinement and quarantine.

There are other condition such as electronic or GPS monitoring which would prevent any concern of failure to appear. I respectfully requests this Honorable Court to grant my release with any conditions the Court believes to be necessary to assure my appearance in court and/or the safety of the community.

Respectfully Submitted,
Michael Hinds
PO Box 1,000
Milan, MI 48160
FDC

NAME Michael Hinds
REG. NO. 51667039
FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160

R 4/5/20

METROPLEX MI 480
05 APR 2020 PM 1 L
4-6-20

48226-271839

United States District Court
Office of the Clerk
231 W. Lafayette Blvd - Room 564
Detroit MI 48226

RECEIVED
APR 29 2020
CLERK'S OFFICE
U.S. DISTRICT COURT