UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        Case No. 18-cr-20533
                                             Hon. Victoria A. Roberts

MICHAEL HINDS,

      Defendant.

_____

## **STIPULATION AND ORDER TO EXTEND DATE FOR FILING MOTION/PLEADING**

In an Oder dated December 7, 2021, the Court set December 23, 2021, as the deadline for the Defendant to file a motion or pleading based upon information that Defendant sought to obtain from an expert in the field of forensic chemistry, however as that expert was not able to be appointed until December 17, 2021, and while the report may possibly be completed by the 23rd , Defendant's counsel is seeking an additional seven (7) days to review the report and file a motion or pleading.

Accordingly, the parties now stipulate to adjourn the current motion cut-off to December 30, 2021.

The parties also stipulate that this stipulation and any order resulting therefrom shall not affect any previous order of the Court.

| | |
|---|---|
| */s/ Erin Ramamurthy*(with consent) | */s/ Mark Magidson* |
| Erin Ramamurthy | Mark Magidson |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | One Park Avenue, Suite 1207 |
| Detroit, MI 48226 | Detroit, MI 482226 |
| 313-226-9788 | 313-963-4311 |

Dated: December 20, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                    Case No. 18-cr-20533
                                                     Hon. Victoria A. Roberts

MICHAEL HINDS,

      Defendant.

_____

## ORDER OF CONTINUANCE

The Court has considered the parties' stipulation to extend the time in which to file a motion or pleading for seven (7) days, from December 23, 2021, to December 30, 2021, and the Court finding good cause for doing so;

**IT IS THEREFORE ORDERED** that the following dates will apply in these proceedings:

- Any motion that the Defendant intends to file with respect to Defendant's belief there has been a change in the applicable law relating to this case shall be filed on or before December 30, 2021;

**IT IS FURTHER ORDERED** that any order resulting therefrom shall not affect any previous order of this Court.

**IT IS SO ORDERED**

s/ Victoria A. Roberts
Hon. Victoria A. Roberts
United States District Court Judge

Dated:  12/22/2021