UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 18-20533
                                                  Honorable Victoria A. Roberts
MICHAEL HINDS,

    Defendant.
_____/

## ORDER TERMINATING REPRESENTATION OF ATTORNEY MARK MAGIDSON AND DIRECTING THE CLERK OF THE COURT TO FILE A NOTICE OF APPEAL AND APPOINT COUNSEL.

On September 15, 2022, the Court held Michael Hinds' sentencing hearing. The Court denied Mr. Magidson's motion to withdraw and Mr. Magidson represented Mr. Hinds at sentencing.

At the sentencing hearing Mr. Hinds indicated his desire to file an appeal. On September 20, 2022, Mr. Magidson filed a Motion to Withdraw [ECF No. 190].t

**ORDERED**:

1. Mr. Magidson's motion is **GRANTED** and he is terminated as counsel for Mr. Hinds;

1

2.      The Court directs the Clerk of the Court to file a Notice of Appeal on behalf of Mr. Hinds; and

3.      The Court will appoint the Federal Community Defenders' Office to represent Mr. Hinds on appeal.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  9/23/2022